

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00872-CV

**IN RE** SuEllen **HOEFLINGER-HOTCHKISS**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:  Sandee Bryan Marion, Chief Justice
     Irene Rios, Justice
     Liza A. Rodriguez, Justice

Delivered and Filed: February 12, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On December 17, 2019, relator filed a petition for writ of mandamus. On January 21, 2020, the real parties in interest filed a response. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition, the response, and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2018PC0587, styled *In the Estate of Gregory Lyle Hotchkiss a/k/a Gregory L. Hotchkiss, Deceased*, pending in the Probate Court No. 1, Bexar County, Texas, the Honorable Oscar J. Kazen presiding.